## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**CEDRIC GLAZE,**
**ADC #132460**                                                              **PLAINTIFF**

v.                        **2:09CV00113BSM/HLJ**

**BOBBY MAY, et al.**                                             **DEFENDANTS**

### ORDER

The court has received the proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After a review of those proposed findings and recommendations, the court adopts them in their entirety.

Accordingly, defendants St. Francis County and Major Barnes are DISMISSED from plaintiff's complaint for failure to state a claim.

IT IS SO ORDERED this 13th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE