IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CEDRIC GLAZE                                                                                          PLAINTIFF

2:09CV00113HLJ

BOBBY MAY, et al.                                                                                  DEFENDANTS

ORDER

By Order dated October 6, 2009, this Court directed defendants to provide the last-known address of defendant Futrell, who has not yet been served (DE #35). Defendants have responded to the Court, providing a last-known address as follows: Justin Futrell, 1230 Walsh, Forrest City, AR 72335 (DE #38). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Justin Futrell, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 5) on defendant, at the address provided above, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 14th day of October, 2009.

_____
United States Magistrate Judge