# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**CEDRIC GLAZE**                                                                  **PLAINTIFF**

**v.**                                **2:09CV00113BSM/HLJ**

**BOBBY MAY, et al.**                                            **DEFENDANTS**

## ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly, the motion to dismiss filed by defendants Houston and Heard (Doc. No. 29) is hereby GRANTED.

IT IS SO ORDERED this 20th day of January, 2010.


                                                           */s/ Brian S. Miller*
                                                   UNITED STATES DISTRICT JUDGE