IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CEDRIC GLAZE**                                                                                  **PLAINTIFF**

v.                           **CASE NO. 2:09CV00113 BSM/JJV**

**BOBBY MAY, Sheriff, St. Francis**
**County Detention Center et al.**                                                     **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The Motion for Summary Judgment [Doc. No. 67] with regard to Defendants Jay, Jones, Smith, Scott, and Getchell is GRANTED, and the action against them is DISMISSED with prejudice.

2. The Motion for Summary Judgment [Doc. No. 67] with regard to Defendant Futrell is DENIED.

Dated this 3rd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE