**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**CEDRIC GLAZE**                                                                                   **PLAINTIFF**

v.                             **CASE NO. 2:09CV00113 BSM/JJV**

**BOBBY MAY, Sheriff, St. Francis**
**County Detention Center et al.**                                                     **DEFENDANTS**

## ORDER

The order entered today [Doc. No. 84] inadvertently stated that summary judgment was granted as to defendant "Jay." There is no such defendant. The order is hereby amended to state that the motion for summary judgment [Doc. No. 67] with regard to defendant May, is GRANTED, and the action against him is DISMISSED with prejudice. The rest of the order stands as written.

IT IS SO ORDERED this 3rd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE